**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RAUL MOLINA-MENDOZA**<br><br>**Defendant.** | **CR 25-137-BLG-SPW**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 71) pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Raul Molina-Mendoza has been adjudged guilty of *Possession with Intent to Distribute Cocaine*, in violation of 21 U.S.C. § 841(a)(1), as charged in Count 2 of the Indictment, and *Prohibited Person in Possession of a Firearm and Ammunition*, in violation of 18 U.S.C. § 922(g)(5)(A), as charged in Count 3. For such violations, the following property is subject to forfeiture pursuant to 21 U.S.C. §§ 853(a)(1)-(2) & 881(a)(11) and 18 U.S.C. § 924(d), as also alleged in the Indictment:

a. $16,825.00 in U.S. currency, seized from a residence in Billings, MT;
b. $4,203.00 in U.S. currency, seized from inside a Cadillac Escalade;
c. Springfield, model XDM, 9mm caliber pistol, S/N: MG436493;
d. Taurus, model G2C, .40 caliber pistol, S/N: AEC210507; and

e. Any associated firearm accessories and ammunition.

The evidence set forth in the Defendant's guilty plea and Plea Agreement (Docs. 55, 59), in conjunction with the Offer of Proof (Doc. 58), provide a factual basis and cause to issue this Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that:

1. The United States' Motion for Preliminary Order of Forfeiture (Doc. 71) is **GRANTED.**

2. Defendant Raul Molina-Mendoza's right, title, and interest in the above-listed property is forfeited pursuant to 21 U.S.C. §§ 853(a)(1)-(2) & 881(a)(11) and 18 U.S.C. § 924(d).

3. The Federal Bureau of Investigation, or a designated custodian, are directed to seize and/or maintain custody of this property subject to forfeiture and further to make a return as provided by law.

4. The United States will provide written notice to any third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct,

pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

5. Upon adjudication of any third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c), in which all such interests will be addressed.

DATED this 26th day of August, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Court Judge